

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00422-CV

---

IN THE MATTER OF THE MARRIAGE OF
JAY STANTON AND RITA R. STANTON

---

On Appeal from the 242nd District Court
Castro County, Texas
Trial Court No. B9837-1408, Honorable Kregg Hukill, Presiding

---

April 26, 2016

## ORDER ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Through her attorney, appellant Rita R. Stanton has filed a motion to voluntarily dismiss her appeal. The motion is unopposed. Without passing on the merits of the case, we grant the motion to dismiss appellant's appeal. TEX. R. APP. P. 42.1(a)(1), (b). The appeal of cross-appellant Jay Stanton remains pending.

Per Curiam